**Charles G. Burmeister, trading as C. Burmeister & Sons, defendant in error, v. Herman Schwarz, plaintiff in error. Gen. No. 26,346.**

Action by undertaker for services and materials furnished in the burial of defendant's father. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed with finding of fact. Opinion filed March 21, 1922.

Joseph A. Weber, for plaintiff in error. William C. Greatman, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

**Myrtle Miller, appellee, v. S. B. Kresge Company, appellant. Gen. No. 26,380.**

Action for personal injuries received when plaintiff stepped on a slippery substance in defendant's store. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding.' Heard in the Branch Appellate Court at the October term, 1920. Reversed. Opinion filed March 21, 1922.

John Clark Baker, for appellant; John R. Cochran, of counsel. John A. Bloomingston, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Franklin Landis, appellee, v. The Moir Hotel Company, appellant. Gen. No. 26,614.**

Action for commissions in procuring a mortgage loan. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded. Opinion filed March 21, 1922.

Campbell & Fischer and Matthias Concannon, for appellant. Beach & Beach, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Elbert R. Robinson, plaintiff in error. Gen. No. 26,658.**

Commitment for contempt of court during change of venue proceedings for the trial of defendant on several indictments. Error to the Criminal Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed and remanded with directions. Opinion filed March 21, 1922.

Clanton, Clanton & Jones and P. J. O'Shea, for plaintiff in error. Robert E. Crowe and Edward E. Wilson, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.